# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Nicole Schell, *et. al.*, | Case No. 2:23-cv-00232-ART-BNW |
| Plaintiffs, | |
| v. | **ORDER GRANTING** |
| United States of America *ex rel USPS*, | **Stipulation to Vacate Joint Status Report and Trial Related Deadlines** |
| Defendant. | |

    Plaintiffs and Defendant notify the Court that they have agreed on a resolution of this matter. It will take several weeks for the parties to implement the resolution.

    Accordingly, the parties respectfully request that the Court (i) vacate the April 12, 2024, joint status report deadline and all trial related deadlines and (ii) set a date in approximately 60 days by which the parties shall file either (a) stipulation to dismiss this action with prejudice, each party to bear its

own attorneys' fees and costs, or (b) a joint status report concerning the matter.

Respectfully submitted this 9th day of April 2024.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney<br><br>*/s/ R. Thomas Colonna*<br>R. Thomas Colonna<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorney for Defendant* | RICHARD HARRIS LAW FIRM<br><br>*/s/ Johnathan Leavitt*<br>Johnathan Leavitt, Esq.<br>Nevada Bar No. 13172<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiffs* |

**ORDER**

It is ordered that the April 12, 2024, joint status report deadline and all trial related deadlines, including the jury trial and calendar call, are vacated.

It is further ordered that the parties have up to and including Monday, June 10, 2024, to either file a stipulation to dismiss this action with prejudice, each party to bear its own attorneys' fees and costs, or a joint status report concerning the matter.

_____
Anne R. Traum
United States District Judge

DATED: April 11, 2024