JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
R. THOMAS COLONNA
Assistant United States Attorney
REEM BLAIK
Assistant United States Attorney
Nevada Bar No. 16386
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov
Reem.Blaik@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nicole Schell, *et. al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>United States of America *ex rel USPS*,<br><br>        Defendant. | Case No. 2:23-cv-00232-ART-BNW<br><br>**Order Granting Stipulation and Order to Dismiss with Prejudice** |

///
///
///
///
///
///
///
///
///

Plaintiffs and Defendant, through their undersigned counsel, stipulate that this action may be dismissed with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted this 13th day of June 2024.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RICHARD HARRIS LAW FIRM |
| /s/ R. Thomas Colonna<br>R. Thomas Colonna<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorney for Defendant* | /s/ Johnathan Leavitt<br>Johnathan Leavitt, Esq.<br>Nevada Bar No. 13172<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiffs* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** June 14, 2024